# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

WALTER E. JOHNSON, JR.

NO. 2023 KW 0740

OCTOBER 10, 2023

---

In Re: Walter E. Johnson, Jr., applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 10-82-903.

---

BEFORE: McCLENDON, HESTER, AND MILLER, JJ.

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to include the district court's ruling denying the application for postconviction relief. Therefore, there is nothing for this court to review. Relator also failed to include a file-stamped copy of the application for postconviction relief, the State's response, if any, the bill of information, the trial transcript, pertinent district court minutes, and any other portion of the district court record that might support the claims raised in the writ application. Therefore, this court cannot adequately review the ruling at issue herein. Further, a commissioner's recommendation is not a judgment; therefore, it is not reviewable under this court's supervisory jurisdiction. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, he may do so without the necessity of obtaining a return date. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

PMc
CHH
SMM

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT